# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| HILARY OLIVER IVY,<br><br>            Plaintiff,<br><br>      v.<br><br>WARE STATE PRISON, CHIEF OF SECURITY, and CLASSIFICATION COMMITTEE,<br><br>            Defendants. | 5:25-cv-32 |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Complaint in its entirety based on his failure to follow this Court's Order and Local Rules and failure to prosecute. Dkt. No. 16. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, several of this Court's mailings have been returned as undeliverable to the address Plaintiff provided. Dkt. Nos. 12, 14, 15, 17, 18.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error."). I **DISMISS without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Orders and Local Rules and failure to prosecute. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 16 day of June, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA